## SMALL *v.* JONES.

PER CURIAM. There was evidence to support the verdict in favor of the plaintiff. None of the grounds relied on by the movant show any error against the defendant, requiring a reversal of the judgment refusing a new trial.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 25, 1915.

Complaint. Before Judge Mathews. Bibb superior court. January 27, 1914.

*J. E. Hall* and *W. E. Martin Jr.,* for plaintiff in error.
*Ryals & Anderson,* contra.

---

## HIGH SHOALS MANUFACTURING COMPANY *v.* PRICE *et al.*

BECK, J. No errors are shown to have been committed by the court, of such a character as to require the grant of a new trial. The charges excepted to are in substantial accord with the rulings made in the case of *Price* v. *High Shoals Mfg. Co.,* 132 *Ga.* 246 (64 S. E. 87, 22 L. R. A. (N. S.) 684); and the requests to charge are either faulty in themselves or not in accord with the rulings made in the case referred to.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent, and* LUMPKIN and ATKINSON, JJ., dissenting. We adhere to the opinion expressed by us in *Price* v. *High Shoals Mfg. Co.* (supra). For the reasons there expressed we dissent.
FEBRUARY 25, 1915.

Action for damages. Before Judge Brand. Walton superior court. December 6, 1913.

*Hal G. Nowell, S. H. Sibley,* and *F. C. Foster,* for plaintiff in error.

*Cobb & Erwin, George C. Thomas,* and *R. L. Cox,* contra.